```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01597
    DAVID L HUHNKE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7316


----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/22/06 and confirmed on 05/05/06.

    2.  The case was dismissed after confirmation, 08/24/2007.

    3.  The Debtor paid a total of $  16600.00 .

    4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                        PAID          PAID
----------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG         .00          .00            .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE    29198.59          .00        9190.60
FIRST MADISON SERVICES I SECURED           8646.85          .00        4759.43
ASSOCIATED PATHOLOGISTS/ UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK         UNSECURED          1297.75         .00            .00
COMED                    UNSECURED       NOT FILED          .00            .00
CREDITORS DISCOUNT & AUD UNSECURED        NOT FILED         .00            .00
CREDITORS DISCOUNT & AUD UNSECURED        NOT FILED         .00            .00
FG TOMASIK MD            UNSECURED        NOT FILED         .00            .00
JAMES WILCOX             UNSECURED           487.70         .00            .00
CREDITORS DISCOUNT & AUD UNSECURED        NOT FILED         .00            .00
NICOR GAS                UNSECURED        NOT FILED         .00            .00
PRAIRIE EMERGENCY SERVIC UNSECURED        NOT FILED         .00            .00
PROVENA ST JOSEPH MEDICA UNSECURED        NOT FILED         .00            .00
SBC AMERITECH            UNSECURED        NOT FILED         .00            .00
SOO K LEE                UNSECURED        NOT FILED         .00            .00
        Summary of disbursements:
----------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER          TOTAL

TOTAL CLMS ALLOWED  37845.44          .00      1785.45          .00      39630.89
PRINCIPAL PAID      13950.03          .00          .00          .00      13950.03
INTEREST PAID            .00          .00          .00          .00            .00
TOTAL PAID          13950.03          .00          .00          .00      13950.03
The Debtor's attorney, PATRICK A MESZAROS            , was allowed $     3000.00
and was paid $    1000.00   direct and $   2000.00   through the plan.

The Trustee received $     649.97 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/18/07                                         /S/
                                                        GLENN STEARNS
                                                        CHAPTER 13 TRUSTEE